■ HAROLD K. BARON, Appellant, v. KINGS-SUFFOLK REALTY CORP. et al., Defendants, and ALBERT GLASS et al., Respondents.— Motion for stay dismissed, having become academic by virtue of the decision of this court in *Baron* v. *Kings-Suffolk Realty Corp.* (9 A D 2d 745). Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of DOMINICK P. UZZI, Petitioner, against STEPHEN P. KENNEDY, as Police Commissioner of the City of New York, Respondent.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ In the Matter of DANIEL F. O'CONNELL, Appellant, against JOSEPH SCHECHTER et al., Constituting the Department of Personnel and the Civil Service Commission of the City of New York, Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ AMERICAN CAN Co., Respondent, v. U. S. CANNING CORPORATION, Defendant, and SAMUEL BREITER & Co., INC., Defendant and Third-Party Claimant-Appellant.— Determination unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ. [15 Misc 2d 549.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWRENCE ROBERT LANE, Appellant, et al., Defendant.— Judgment unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FERNANDO OLAVARIA, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ In the Matter of JACK RESNICK, Appellant, against TEMPORARY STATE HOUSING RENT COMMISSION, Respondent, and GEORGE BRUCE, Intervenor-Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID COLEMAN, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ MADISON 52ND CORPORATION, Appellant, v. NAT LUXENBERG, Respondent.— Determination unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.